IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02252-RBJ

ABIGAYLE PALADINO

    Plaintiff,

v.

MIDCENTURY INSURANCE COMPANY,
FARMERS INSURANCE GROUP,
and PROGRESSIVE DIRECT INSURANCE COMPANY,

    Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO REFLECT THE PROPER
INSURANCE DEFENDANT AND TO AMEND CAPTION**
_____

    THIS MATTER coming on to be heard pursuant to the Stipulated Motion to Reflect the Proper Insurance Defendant and to Amend Caption [ECF No. 17]. The Court being fully advised in the premises, finds as follows:

    IT IS HEREBY ORDERED that Defendant Farmers Insurance Group is dismissed without prejudice.

    IT IS HEREBY FURTHER ORDERED that Farmers Insurance Group shall be withdrawn from the caption and Mid-Century Insurance Company shall remain as a Defendant.

    SO ORDERED this 11th day of September, 2014.

                                        BY THE COURT:

                                        _____
                                        R. Brooke Jackson
                                        United States District Judge